IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-00269-WJE |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Before the Court is the Social Security Administration's motion for a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure that seeks to reverse the decision of the Administrative Law Judge (ALJ) and remand this case to the Social Security Administration under sentence four of section 205(g), 42 U.S.C. § 405(g). (Doc. 13). The Social Security Administration states that agency counsel has determined that remand is "necessary for further evaluation of Plaintiff's claim." (*Id.* at 1). It further states that "[r]emand would expedite administrative review, ensure that the Commissioner properly considers Plaintiff's claim, and could make judicial review unnecessary." (*Id.* at 2). Plaintiff has not filed a response and the time to do so has passed. The issue is now ripe for consideration.

After consideration of the record, the Court finds that a remand, pursuant to sentence four, is warranted. Remand will expedite administrative review and allow the Social Security Administration to properly consider the claim. Entry of the final judgment reversing and remanding this case will begin the appeal period, which determines the 30-day period allowing for a timely application for attorney fees under the Equal Access to Justice Act. Accordingly, it is

ORDERED that the decision of the ALJ is reversed, and this case is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for a proper consideration of Plaintiff's claim, and that a final judgment be entered, pursuant to Rule 58. (Doc. 13).

Dated this 19th day of December, 2025, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*
Willie J. Epps, Jr.
Chief United States Magistrate Judge